■ CLAUDIA FUTTERMAN et al., Appellants, v BALLY'S PARK PLACE HOTEL AND CASINO, INC., Respondent. [682 NYS2d 844] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered September 9, 1997, which denied plaintiffs' motion to restore their case to the calendar, unanimously affirmed, without costs.

The motion to restore this action commenced in August 1993 and dismissed as abandoned pursuant to CPLR 3404 in May 1996 was properly denied since plaintiffs failed sufficiently to demonstrate any of the essential requisites for restoration (*see, Almanzar v Rye Ridge Realty Co.*, 249 AD2d 128). Concur— Sullivan, J. P., Lerner, Rubin and Tom, JJ.

■ PUBLIC ADMINISTRATORS OF THE COUNTY OF NEW YORK et al., Appellants, v FROTA OCEANICA BRASILEIRA, S. A., et al., Respondents. [682 NYS2d 844] —Order, Supreme Court, New York County (Stuart Cohen, J.), entered on or about February 3, 1997, which, *inter alia*, denied plaintiffs' motion for partial summary judgment, unanimously affirmed, without costs.

In addition to the existence of an unresolved question of fact that itself warranted the denial of summary judgment, plaintiffs' complaint was not pleaded with sufficient particularity to apprise defendants that payment of earned wages was among the damages being sought (CPLR 3013, 3017 [a]; *see also, Vanscoy v Namic USA Corp.*, 234 AD2d 680, 681-682; *Giaimo & Vreeburg v Smith*, 192 AD2d 41, 44, *appeal dismissed* 82 NY2d 803; *Abrahami v UPC Constr. Co.*, 176 AD2d 180).

We have considered plaintiffs' other arguments and find them to be unavailing. Concur—Williams, J. P., Wallach, Andrias and Saxe, JJ.